IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHANDRA BLAND, individually and as parent and natural guardian of J.C., a minor, and CHRISTIANIA COOK,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CRISWELL,<br><br>Defendant. | No. 4:22-CV-01844<br><br>(Chief Judge Brann) |

## ORDER

### SEPTEMBER 1, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Lashandra Bland's Motion for Judgment on the Pleadings (Doc. 14) is **GRANTED**; and

2. Defendant Robert Criswell's Counterclaim (Doc. 5) is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge